No. 631.   UNITED STATES *v.* NICKERSON.

February 1, 1943.   *Per Curiam:* The judgment is affirmed on the authority of *Jerome* v. *United States, ante,* p. 101.   *Solicitor General Fahy* for the United States.

No. 238.   MARTIN *v.* CITY OF STRUTHERS.   February 1, 1943.   Upon reconsideration the judgment entered herein October 12, 1942, 317 U. S. 589, is vacated, the mandate is recalled, and probable jurisdiction is noted.

No. 358.   HOOPESTON CANNING CO. ET AL. *v.* PINK, SUPERINTENDENT OF INSURANCE, ET AL.   This case reported under the title *Hoopeston Canning Co. et al.* v. *Cullen, Superintendent of Insurance, et al., ante,* p. 313.